AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sneed, Julie S. | United States District Court, Middle District of Florida | 11/07/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge, Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States District Court
801 North Florida Avenue
Tampa, FL 33602

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Julie S. | 11/07/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 1/15-6/15 | Akerman LLP (former law firm), salary | $91,560.69 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | State of Florida - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Julie S. | 11/07/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Bar Association, Tampa Bay Chapter | Judicial Robe | $400.00 |
| 2. | Federal Bar Association, Tampa Bay Chapter | Judicial investiture reception contribution (paid to Floridian Palace Hotel) | $2,096.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Missouri Higher Education Loan Authority (Mohela) | Student loans | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Julie S. | 11/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. - Pershing Government Account | | None | J | T | Buy (add'l) | 06/23/15 | L | | |
| 3. | | | | | Sold (part) | 06/24/15 | L | | |
| 4. - Principal SmallCap Growth Fund I Class I | A | Dividend | J | T | Buy (add'l) | 06/24/15 | J | | |
| 5. - Principal LargeCap Growth Fund I Class I | A | Dividend | J | T | Buy (add'l) | 06/24/15 | J | | |
| 6. - Principal Core Plus Bond Fund Class I *MER* with Bond & Mortgage Sec | A | Dividend | J | T | Sold (part) | 10/23/15 | J | | |
| 7. - Principal Bond & Mortgage Securities Fund Class I *MER* with Core Pl | A | Dividend | | | Buy (add'l) | 06/24/15 | J | | |
| 8. - Principal MidCap Value I Fund Class I | A | Dividend | J | T | Buy (add'l) | 06/24/15 | J | | |
| 9. - Principal International I Fund Insti. Class | A | Dividend | J | T | Buy (add'l) | 06/24/15 | J | | |
| 10. - Principal SmallCap S&P 600 Index Fund Class I | A | Dividend | J | T | Buy (add'l) | 06/24/15 | J | | |
| 11. - Principal MidCap S&P 400 Index Fund Class I | A | Dividend | J | T | Buy (add'l) | 06/24/15 | J | | |
| 12. - Principal MidCap Fund Institutional Class | A | Dividend | J | T | Buy (add'l) | 06/24/15 | J | | |
| 13. - Principal LargeCap Value Fund Class I | B | Dividend | K | T | Buy (add'l) | 06/24/15 | J | | |
| 14. - Principal LargeCap S&P 500 Index Fund Class I | A | Dividend | J | T | Buy (add'l) | 06/24/15 | J | | |
| 15. - Principal Intl Emerging Mkts Fund Class I | A | Dividend | J | T | Buy (add'l) | 06/24/15 | J | | |
| 16. - Principal Diversified Int'l Fund Class I | A | Dividend | J | T | Buy (add'l) | 06/24/15 | J | | |
| 17. - Principal SmallCap Value II Fund Institutional Shares | A | Dividend | J | T | Buy (add'l) | 06/24/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Julie S. | 11/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Principal Capital Appreciation Fund Class I | A | Dividend | J | T | Buy (add'l) | 06/24/15 | J | | |
| 19. - Principal Short-Term Income Fund Class I | A | Dividend | J | T | Buy (add'l) | 06/24/15 | J | | |
| 20. - Principal Government & High Quality Bond Fund Class I | A | Dividend | J | T | Buy (add'l) | 06/24/15 | J | | |
| 21. | | | | | Buy (add'l) | 10/23/15 | J | | |
| 22. - Principal Income Fund Class I | A | Dividend | J | T | Buy (add'l) | 06/24/15 | J | | |
| 23. - Principal High Yield Class I | A | Dividend | J | T | Buy (add'l) | 06/24/15 | J | | |
| 24. - Principal Global Real Estate Sec Fund Instl Class | A | Dividend | J | T | Buy (add'l) | 06/24/15 | J | | |
| 25. - Principal International Value I Fund Instl Class | A | Dividend | J | T | Buy (add'l) | 06/24/15 | J | | |
| 26. Franklin Templeton Investments | | | | | | | | | |
| 27. - Templeton Growth Fund - Advisor Class | A | Dividend | J | T | | | | | |
| 28. American Funds VCSP/CollegeAmerica | | | | | | | | | |
| 29. - Capital World Growth and Income-529A | A | Dividend | J | T | | | | | |
| 30. - The Growth Fund of America-529A | A | Dividend | J | T | | | | | |
| 31. Florida Central Credit Union | A | Interest | L | T | | | | | |
| 32. Florida Prepaid College Plan | | None | J | T | | | | | |
| 33. TIAA-CREF Retirement Portfolio | | | | | | | | | |
| 34. - TIAA Traditional | D | Int./Div. | M | T | Buy (add'l) | 12/31/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Julie S. | 11/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - CREF Equity Index | | None | K | T | Buy (add'l) | 12/31/15 | J | | |
| 36. - CREF Growth | | None | K | T | Buy (add'l) | 12/31/15 | J | | |
| 37. - TIAA Real Estate | B | Int./Div. | K | T | Buy (add'l) | 12/31/15 | J | | |
| 38. - T Rowe Inst Lrg Cap Grw | | None | J | T | Buy | 12/31/15 | J | | |
| 39. - CRFF Money Market | | None | J | T | Buy (add'l) | 12/31/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sneed, Julie S. | 11/07/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - INVESTMENTS and TRUSTS:

Line 6 - Principal Bond & Mortgag3e Securities Fund Class I merged with Principal Core Plus Bond Fund Class I. The surviving fund was Principal Core Plus Bond Fund Class I.

Line 26 - 27 - Franklin Templeton Investments was inadvertently omitted from the initial amended report dated January 14, 2016.

Line 28 - 30 - American Funds VCSP/CollegeAmerica was inadvertently omitted from the initial amended report dated January 14, 2016.

Line 31 - Florida Central Credit Union was inadvertently omitted from the inital amended report dated January 14, 2016.

Line 32 - Florida Prepaid College Plan was inadvertently omitted from the initial amended report dated January 14, 2016.

Line 33 - 39 - TIAA-CREF Retirement Portfolio was inadvertently omitted from the initial amended report dated January 14, 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Julie S. Sneed**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544